STATE of Missouri, Respondent,

v.

Hazel L. MUSGROVE, Appellant.

No. WD 54479.

Missouri Court of Appeals,
Western District.

May 26, 1998.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., and
BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM.

Hazel L. Musgrove appeals her conviction following a jury trial for abuse of a child, section 568.060, RSMo 1994, and sentence of four years imprisonment. She claims that insufficient evidence was presented to prove the elements of the charged offense. The judgment of conviction is affirmed. Rule 30.25(b).

Anthony A. KAUFMAN, Respondent,

v.

Mona J. KAUFMAN–CAMPBELL,
Appellant.

No. WD 54389.

Missouri Court of Appeals,
Western District.

May 26, 1998.

Joe D. Hold, Holt, Mays & Brady, Fulton, for appellant.

Gary L. Stamper, Walther, Antel & Stamper, Columbia, for respondent.

Before EDWIN H. SMITH, P.J., and
SMART and ELLIS, JJ.

### ORDER

PER CURIAM.

Mona Kaufman–Campbell appeals from an order of the Circuit Court of Boone County denying her Motion to Modify Decree of Dissolution, thereby denying her permission to remove her daughter from Missouri to Louisiana and transferring primary physical custody of the child to the child's father, Anthony Kaufman. Perceiving no jurisprudential value in a published opinion, we enter this summary order. However, the parties have been provided with a memorandum opinion explaining our decision.

Judgment affirmed. Rule 84.16(b).